UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LOUIS FLACK, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
| v. | )   No. 3:15-cv-00522 |
| | )     REEVES/GUYTON |
| KNOX COUNTY, TENNESSEE, et al., | ) |
| | ) |
|    *Defendants*. | ) |

### ORDER

    Before the Court is Magistrate Judge Guyton's report and recommendation. [D. 68]. The R&R recommends that Louis Flack's motion for attorneys' fees be granted in part and denied in part, and that Flack be awarded $69,301.25 in attorneys' fees plus post-judgment interest. There have been no objections to the R&R, and Knox County has asked the Court to adopt it. [D. 69]. After a careful review of the record, the Court agrees with the R&R and **ADOPTS** it. Flack's motion for attorneys' fees [D. 49] is **GRANTED in part and DENIED in part**. Flack is **AWARDED** $69,301.25 in attorneys' fees plus post-judgment interest.

    **IT IS SO ORDERED.**

                                                               */s/ Pamela L. Reeves*
                                                               **UNITED STATES DISTRICT JUDGE**